1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102
    Telephone:  (415) 703-5964
8   Fax:  (415) 703-1234
    E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD EUGENE RANDONICH,<br><br>             Petitioner,<br><br>      v.<br><br>D.K. SISTO, Warden,<br><br>             Respondent. | C 07-3730 RMW (PR)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** |

For the reasons stated in the accompanying declaration of counsel, respondent hereby requests a sixty-day enlargement of time in which to file its answer or other responsive pleading to the petition for writ of habeas corpus.  As explained in the accompanying declaration, counsel has been briefing other cases with chronological precedence over this case, and has additional matters to brief before turning to this case.  Counsel also will be out of the office and unavailable for one week in May.

Counsel has not contacted petitioner regarding this request, as he is in custody and not represented by counsel.

///

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** – *Randonich v. Sisto*, **C 07-3730 RMW (PR)**        1

1  WHEREFORE, respondent respectfully requests that this Court grant an enlargement of time, to and including June 21, 2008, in which to file his answer or other responsive pleading.

Dated: April 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Gregory A. Ott
GREGORY A. OTT
Deputy Attorney General

Attorneys for Respondent

GAO
40246648.wpd

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER –** *Randonich v. Sisto***, C 07-3730 RMW (PR)**    2