**RECEIVED**
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL FILED**
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5-1-08
Clerk USDC,

I received legal mail on 4-30-08 from Gregory A. Ott, Deputy Attorney General asking for enlargment of Time to file answer.

I never received an original Order to Show cause. I'm requesting a copy of the original order to Show cause dated sometime in February 08.; Case #

C-07-3730 RMW (PR)

Also Name Correction    Incorrect (Randowich) ← Typo

Correct ↓
Donald Eugene Radonich  P-23442
CSP-Solano 15-I-1Lo
P.O. Box 4000
Vacaville CA 95696

Dow Radowich P-23442
CSP-Solano 15 I 160
P.O. Box 4006
Vacaville CA 9556

Legal
Mail

Office Of The Clerk U.S. D.C
Northern District of California
450 Golden Gate Av.
San Francisco, CA 94102