1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13 | DONALD EUGENE RANDONICH,                C 07-3730 RMW (PR)
14 |
   |                              Petitioner,  **APPLICATION FOR**
15 |                                           **ENLARGEMENT OF TIME TO**
   |       v.                                  **FILE ANSWER**
16 |
17 | D.K. SISTO, Warden,
   |
18 |                              Respondent.

19

20       For the reasons stated in the accompanying declaration of counsel, respondent hereby

21 requests a thirty-day enlargement of time in which to file its answer or other responsive pleading to

22 the petition for writ of habeas corpus.  As explained in the accompanying declaration, counsel has

23 not yet obtained the entire relevant record of petitioner's state proceedings, despite having requested

24 such materials.

25       Counsel has not contacted petitioner regarding this request, as he is in custody and not

26 represented by counsel.

27       WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

28 time, to and including July 21, 2008, in which to file his answer or other responsive pleading.

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Randonich v. Sisto***, C 07-3730 RMW (PR)**          1

1       Dated: June 26, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Gregory A. Ott
GREGORY A. OTT
Deputy Attorney General

Attorneys for Respondent

GAO
40246648.wpd

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Randonich v. Sisto***, C 07-3730 RMW (PR)**     2