1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA  94102
     Telephone:  (415) 703-5964
8    Fax:  (415) 703-1234
     E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  DONALD EUGENE RANDONICH,                    C 07-3730 RMW (PR)

14                           Petitioner,        **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

15       v.

16  D.K. SISTO, Warden,

17                           Respondent.

18

19

20       I, GREGORY A. OTT, declare under penalty of perjury as follows:

21       I am the California Deputy Attorney General assigned to represent respondent in this case.

22  Respondent's answer was due June 21, 2008, per a sixty-day enlargement of the deadline set forth

23  in this Court's February 22, 2007, Order To Show Cause. I recognize that this request is belated,

24  and apologize to the Court and Petitioner for any inconvenience caused thereby. I have previously

25  received one sixty-day enlargement of time in this case.

26       Petitioner was convicted in Marin County of possession of methamphetamine with intent

27  to manufacture, and possession of stolen property. He was sentenced to sixteen years and four

28  months in prison. He unsuccessfully pursued state direct and collateral review before filing the

**DECLARATION OF COUNSEL IN SUPPORT OF
APPLICATION FOR ENLARGEMENT OF TIME TO FILE
ANSWER –** *Orozco v. Yates***, C 07-1174 PJH (PR)**          1

instant petition.

I request an additional thirty days to file my answer for the reason that I have not yet received the entire record of petitioner's state proceedings. Specifically, I long ago requested from the Marin County Superior Court the record of petitioner's state habeas proceedings in that court. The superior court has acknowledged receipt of our request, but has not yet acted on it. We last week rerequested the materials, but to date have not received them. I anticipate, nonetheless, that I will be able to obtain the documents within the requested thirty-day enlargement of time. Without the missing materials, I cannot determine the preliminary issue of timeliness.

I have not contacted petitioner regarding this request, as he is in custody and not represented by counsel.

Accordingly, I request that the Court grant respondent to and including July 21, 2008, in which to file its answer or other response to the petition.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on June 26, 2008.

/s/ Gregory A. Ott
GREGORY A. OTT
Deputy Attorney General

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** – *Orozco v. Yates*, **C 07-1174 PJH (PR)**     2