Donald E Radonich Jr.
P-23442
P.O. Box 4000
Vacaville, CA, 95696

FILED

2008 JUL -2 P 3 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DONALD E RADONICH JR,          CASE NO. C 07-3730 RMW (PR)

   Petitioner,                 MOTION FOR DEFAULT
                               SUMMARY JUDGEMENT
   vs.

D.K.  Sisto, et. al.

   Respondent.


The Court ordered respondent's response to petitioner's Petition for Writ of Habeas Corpus to be filed by June 21, 2008. To date respondent has not responded and the ENLARGEMENT OF TIME TO FILE ANSWER ordered by this Court has been exceeded. Therefore, petitioner motions the court to enter a summary default judgement on behalf of petitioner and requests the granting of petitioner's Petition for Writ of Habeas Corpus.


Respectfully submitted,

*[signature]*

Donald E Radonich Jr.          Dated: June 29, 2008

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:  California State Prison - Solano
Housing: 15 I 1 Lo
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Radowich v. Sisto       Case #: C07-3730 RMW (PR)

Document(s) Served: Motion for Default Summary Judgement

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

Department of Justice
Office of the Attorney General
455 Golden Gate Ave. suite 11000
San Francisco CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on June 29, 2008, in Vacaville, California.
"date"

Signature: [signed]

Printed Name: Dow Radonich

Don Radonich P-J3442
CSP-Solano 15-I-160
P.O. Box 4000
Vacaville CA 95696

Legal Mail

CALIFORNIA STATE PRISON-SOLANO
SACRAMENTO CA 957
30 JUN 2008 PM 6 L
USA FIRST-CLASS FOREVER

Office of the Clerk U.S. District Court
Northern District of California
280 South First St. Rm. 2112
San Jose California 95113-3095

95113-3095