E-FILED 7/9/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD EUGENE RANDONICH,<br><br>                      Petitioner,<br><br>   v.<br><br>D.K. SISTO, Warden,<br><br>                      Respondent. | C 07-3730 RMW (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until July 21, 2008, to file his answer or other pleading responsive to the application for writ of habeas corpus. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer. If the response to Petitioner's application is a motion, Petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and Respondent's reply, if any, shall be filed within fifteen days thereafter.

DATED:   7/9/08  , 2008.

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge