August 06, 2008

NORTHERN DISTRICT OF CALIFORNIA
Office of the court clerk
280 South First Street, Room 2112
SAN JOSE, CALIFORNIA 95113-3095

*FILED*
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: REQUEST FOR CLARIFICATION ON MOTIONS

CASE# C 07-3730 RMW (PR)


Please take notice that petitioner has not been notified of
ruling on motions dated June 29, 2008 - June 30, 2008.




Thankyou for your time and consideration in this matter, and I'll
look forward to your reply.

Sincerly,

[signature]

DONALD E RADONICH JR.   P-23442
CSP-SOLANO   15-I-1Lo
P.O.BOX 4000
VACAVILLE CA, 95696

Lew Rackovich P23442
CSP-Solano 15IZL6
C. Box 4000
Vacaville CA 95696

Legal
Mail

CALIFORNIA STATE PRISON-SOLANO

SACRAMENTO CA 957
05 AUG 2008 PM 4 T

U.S. District Court Clerk
Northern District of California
280 south first st. Rm. 2112
San Jose CA 95113-3095


