1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 8/18/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE RANDONICH, )<br><br>                    Petitioner, )<br><br>   vs.                    )<br><br>                    )<br><br>D.K SISTO,                )<br><br>                    Respondent. )<br>_____ ) | No. C 07-3730 RMW (PR)<br><br>ORDER GRANTING EXTENSION<br>OF TIME; DENYING DEFAULT<br>JUDGMENT<br><br>(Docket Nos. 8, 11) |

        Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  Respondent has filed a motion to dismiss, petitioner has filed an

opposition, and respondent has filed a reply.  Good cause appearing, petitioner's request for an

extension of time (Docket No. 11) in which to file the opposition, to and including August 30,

2008, is GRANTED.  Petitioner's opposition, filed August 8, 2008, is timely.  Petitioner's

request for default judgment (Docket No. 8) is DENIED, as respondent was granted an extension

of time to answer the petition.

        IT IS SO ORDERED.

Dated:   8/15/08

_____
RONALD M. WHYTE
United States District Judge