FILED
2008 AUG 26 P 2:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Donald E Radonich Plaintiff,

vs.

D.K. Sisto            Defendant.

CASE NO. C-07-3730 RMW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Donald Radonich, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

1 If the answer is "no," state the date of last employment and the amount of the gross and net
2 salary and wages per month which you received. (If you are imprisoned, specify the last
3 place of employment prior to imprisonment.)
4 Don't remember
5 _____
6 _____
7 2.   Have you received, within the past twelve (12) months, any money from any of the
8 following sources:
9    a.   Business, Profession or          Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,      Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                   Yes ___ No ✓
14    d.   Pensions, annuities, or          Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 Prison Job around $20.00
22 _____
23 3.   Are you married?                     Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Fines Marin $2,600.00

Santa Cruz $400.00

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-7-08                              [signature]

DATE                               SIGNATURE OF APPLICANT

Case Number: C-07-3730 RMW (PR)

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Radonich, Donald_ for the last six months at

[prisoner name]

_CSP-Solano_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _2.21_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _2.52_ .

Dated: _8/18/08_

_Teresa Ayers, Acct. Tech._
[Authorized officer of the institution]


Case 5:07-cv-03730-RMW   Document 16   Filed 08/26/2008   Page 6 of 8

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 08/18/08
                                                                           PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIFORNIA STATE PRISON SOLANO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 18, 2008 THRU AUG. 18, 2008

ACCOUNT NUMBER : P23442                        BED/CELL NUMBER: S315I 0000001L
ACCOUNT NAME   : RADONICH, DONALD EUGENE       ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE   DESCRIPTION         COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS    BALANCE

02/18/2008   BEGINNING BALANCE                                                      0.00

03/06*VD50   INMATE-PAYROLL 3247-02/08                     1.85                     1.85
04/04*VD50   INMATE-PAYROLL 3680-03/08                    11.43                    13.28
05/13 FC03   DRAW-FAC 3      4175-2ND                                13.28          0.00

                              CURRENT HOLDS IN EFFECT

DATE
PLACED     HOLD
           CODE    DESCRIPTION                           COMMENT        HOLD AMOUNT

08/08/2008 H109    LEGAL POSTAGE HOLD                    0637-LEGAL         1.17
08/08/2008 H109    LEGAL POSTAGE HOLD                    0637-LEGAL         1.00
                                                                           13.28

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/18/98                       CASE NUMBER: SC100954A
COUNTY CODE:  MAR                              FINE AMOUNT: $   3,200.00

DATE    TRANS.                                                    HOLDS
        CODE     DESCRIPTION                      TRANS. AMT.     BALANCE

02/18/2008  BEGINNING BALANCE                                                   2,632.26

03/06/08 VR50  RESTITUTION DEDUCTION-INDUSTRY          2.05-                    2,630.21
04/04/08 VR50  RESTITUTION DEDUCTION-INDUSTRY         12.70-                    2,617.51

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL         TOTAL         CURRENT       HOLDS       TRANSACTIONS
BALANCE      DEPOSITS      WITHDRAWALS   BALANCE       BALANCE     TO BE POSTED

  0.00        13.28          13.28         0.00         2.17           0.00

                                                           CURRENT
                                                           AVAILABLE
                                                           BALANCE
                                                           ---------
                                                             2.17-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE
8/18/08

Donald Radowich P05992
CSP-Solano 15-I-16
P.O. Box 4000
Vacaville CA 95696

LEGAL MAIL
"CONFIDENTIAL"

C07-3730 RMW(PR)

Office of Clerk
Northern District of California
280 South First Street Rm.2
San Jose CA 95113-3095


CSP SOLANO
STATE PRISON


CALIFORNIA STATE PRISON-SOLANO


02 1A
0004632981
MAILED FROM ZIP CODE 95687
$ 00.17⁰
AUG25 2008
PITNEY BOWES
UNITED STATES POSTAGE

8/22/08   CCI M. Conley