*E-FILED - 1/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD EUGENE RANDONICH, | ) | No. C 07-3730 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| D.K SISTO, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss the petition as untimely. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

Dated: 1/13/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\HC.07\Randonich730jud.wpd         1